**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 650 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| NAZEER TAYLOR, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

    a.    Does a juvenile court violate the Fifth Amendment by holding a juvenile's failure to admit guilt against him during a certification hearing?

    b.    Did the Superior Court erroneously conclude that a juvenile court does not abuse its discretion by holding a juvenile's failure to admit guilt against him during a certification hearing because the court also considered other statutorily-required factors when making its certification decision?